Robert Lock, Minor, by His Father and Next Friend, Andrew Lock, Appellee, v. Chicago and North Western Railway Company and Claude A. Roth, Successor Trustee, Appellants.

Gen. No. 43,747.

opinion filed .June 25, 1947; released for publication July 18, 1947. Drennan J. Slater and James B. O'Shaughnessy, for appellant; Joseph Barbera and Arthur Rosenblum, for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.